DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WILLIAM GAY,

Appellant,

v.

JOHN B. HENDRICKS, DOUGLAS F. ANDREWS, NANCY HODGES, and
HELEN ANNE PRICE; the Mayor and Commissioners of the City
of MADEIRA BEACH, a municipality of the State of Florida,

Appellees.

No. 2D23-218

_____

February 7, 2024

Appeal from the Circuit Court for Pinellas County; Lauren C. Laughlin,
Judge.

Marcy I. LaHart of Marcy I. LaHart PA, Micanopy; and Kenneth Weiss,
Treasure Island, for Appellant.

Andrew J. Salzman of Unice Salzman Jensen, P.A., Trinity, for Appellees
John B. Hendricks, Douglas Andrews, and Nancy Hodges, and Jay
Daigneault of Trask Daigneault, LLP, Clearwater, for Appellees John B.
Hendricks and Douglas Andrews.

Dale A. Scott of Roper, P.A., Orlando, for Appellee Helen Price.

PER CURIAM.

     Affirmed.

NORTHCUTT, CASANUEVA, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.